UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROSANA COLON,

      Plaintiff,

v.

                                        Case No. 17-cv-749-PP

MEDOVATIONS, INC.,

      Defendant.

---

**ORDER DENYING MOTION TO PROCEED WITHOUT PREPAYMENT OF THE FILING FEE (DKT. NO. 2)**

---

On May 26, 2017, plaintiff Rosana Colon filed a *pro se* complaint, dkt. no. 1, along with a motion for leave to proceed without prepayment of the filing fee, dkt. no. 2. When evaluating a motion to proceed without prepayment of the filing fee, courts consider (1) whether the plaintiff has the ability to pay the filing fee and (2) whether the lawsuit is frivolous or fails to state a claim. 28 U.S.C. §§1915(a) and (e)(2)(B).

The motion states that the plaintiff is unemployed, but receives $2,753.00 in unemployment compensation and just recently received a tax refund for $4,711.00. Dkt. No. 2 at 2. She has $4,227.69 in her bank account, and incurs expenses of only $80.00 a month. Id. at 2-3. The plaintiff asks the court to waive the fee because she is a single mom and wants to save her money for emergencies and important things. Id. at 4. The court understands the desire to save money, but the court cannot allow a plaintiff to proceed

1

without prepaying the filing fee if the motion shows that she can afford to pay it.

The court **DENIES** the motion to proceed without prepayment of the filing fee. Dkt. No. 2. The court **ORDERS** that the plaintiff shall pay the filing fee ($400.00—the $350 filing fee and the $50.00 administrative fee) no later than the end of the day on **Friday, July 28, 2017.** If the court does not receive the full filing fee by that date (or a motion asking for additional time to pay it), the court will dismiss the plaintiff's case without further notice or hearing.

Dated in Milwaukee, Wisconsin this 24th day of June, 2017.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
United States District Judge**