UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROSANA COLON,

       Plaintiff,

v.                                                                  Case No. 17-cv-749-pp

MEDOVATIONS, INC.,

       Defendant.

**ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL (DKT. NO. 17)**

The defendant has filed a stipulation, in which the defendant and attorneys Steven M. Kruzel and Robert H. Duffy agreed that Attorneys Kruzel and Duffy would withdraw from representing the defendant, and that Attorney Lynne M. Mueller would take over representation of the defendant. Dkt. No. 17.

The court **APPROVES** the stipulation, dkt. no. 17 and **ORDERS** that Attorney Lynne M. Mueller of Litchfield Cavo, LLP is **SUBSTITUTED** as counsel of record for defendant Medovations, Inc.

Dated in Milwaukee, Wisconsin this 26th day of April, 2018.

                                              **BY THE COURT:**

                                              _____
                                              **HON. PAMELA PEPPER**
                                              **United States District Judge**